IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONALD CHERRY                                                                                          PLAINTIFF

v.                                            Case No. 4:25-cv-4023

JOHN VAN METER, *et al.*                                                                        DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed on August 6, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 36.  Judge Bryant recommends that Defendant Texarkana Arkansas Police Department's Motion to Dismiss (ECF No. 7) be granted.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, the Motion to Dismiss (ECF No. 7) is **GRANTED**, and Plaintiff's claims against Texarkana Arkansas Police Department are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of August, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge