**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**Texarkana Division**

Ronald Cherry, v.

Pro Se Plaintiff,

Officer John Van Meter (ret.),
Texarkana Arkansas Police Department,
City of Texarkana, Arkansas,
Officer Christine Knouse,
Officer Marcos Luna,
DOUBLE H. BURGER COMPANY, LLC, d/b/a
Whataburger #475Arkansas

Case No. 4:25-cv-4023

Defendants.

**NOTICE OF APPEAL**

Notice is hereby given pursuant to Federal Rules of Appellate Procedure 3 and 4 that Ronald Cherry, Plaintiff and Appellant, appearing pro se, appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment disposing of all remaining claims and parties in this action, including the Order entered October 22, 2026 (ECF No. 123), which granted Defendants' Motion for Summary Judgment (ECF No. 90), adopted the Report and Recommendation (ECF No. 114), and dismissed Plaintiff's claims with prejudice.

This Notice designates the entire final judgment and all earlier orders that merge into that judgment and are reviewable on appeal, including the prior order dismissing Double H. Burger Company, LLC d/b/a Whataburger #475 without prejudice (ECF No. 106, May 13, 2026), and related orders to the extent reviewable. The identification of orders does not limit the scope of this appeal. See Fed. R. App. P. 3(c)(4)–(6). Any subsequent Rule 59(e) disposition may require a timely amended notice if Plaintiff wishes to challenge that subsequent order.

Respectfully submitted,

Ronald Cherry
20 BriarRidge Dr.
Texarkana, Arkansas 71854
903-277-6997